ACCEPTED
03-15-00415-CV
7393032
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/15/2015 2:01:18 PM
JEFFREY D. KYLE
CLERK

# No. 03-15-00415-CV

**In the Court of Appeals
For the Third Judicial District
Sitting at Austin, Texas**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/15/2015 2:01:18 PM
JEFFREY D. KYLE
Clerk

## Sandra Kay Hargrove

## v.

## Gary M. Hargrove

Appealed from the 27th Judicial District Court of
Bell County, Texas

# Appellee's Designation of Lead Counsel

Christopher L. Cornish
State Bar No. 24065079

CORNISH LAW FIRM, PLLC
404 North Main Street
Belton, Texas 76513
Tel: (254) 939-5200
Fax: (254) 939-2121
chris@cornishlawfirm.com

**Attorney for Appellee**

1

# No. 03-13-00415-CV

## Sandra Kay Hargrove

### v.

## Gary M. Hargrove

### Appellee's Designation of Lead Counsel

To the Honorable Court of Appeals:

Comes now Gary M. Hargrove, who is the Appellee in the above case, and files this Designation of Lead Counsel, and shows as follows:

1.     Appellee, Gary M. Hargrove, designates Christopher L. Cornish as his lead counsel on appeal.

2.     Robert O. Harris was trial counsel in this case for post-trial matters and was lead counsel for Appellee. Robert O. Harris has executed this Designation in accordance with Rule 6.1(c) of the Texas Rules of Appellate Procedure.

3.     The necessary information for Christopher L. Cornish is as follows:

State Bar No. 24065079

CORNISH LAW FIRM, PLLC
404 North Main Street
Belton, Texas 76513
Tel: (254) 939-5200
Fax: (254) 939-2121
chris@cornishlawfirm.com

4.     For these reasons, Gary M. Hargrove, asks the Court to instruct the clerk to change the record to reflect that Christopher L. Cornish is lead counsel for Appellee in this case on appeal.

Respectfully submitted,

/s/ Christopher L. Cornish
Christopher L. Cornish
State Bar No. 24065079

**Attorney for Appellee**

AGREED AND CONSENTED:

Robert O. Harris
State Bar No. 09098800

3

## Certificate of Compliance

In accordance with the Texas Rules of Appellate Procedure 9.4, the undersigned attorney of record certifies that this filing contains 14-point typeface for the body of the document, 12-point typeface for footnotes of the document, if any, and contains 500 or less words as indicated by the word count software, excluding those words identified as exempt from the word count under the rule and was prepared on Microsoft Word 2010.

*/s/ Christopher L. Cornish*
Christopher L. Cornish

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was sent to the person(s) named below, at the address shown by placing the same in a properly addressed envelope, postage pre-paid, and mailing the document by first class mail (or by other means stated below) on October 15, 2015.

Gary Hargrove                    Via Electronic Mail & Hand Delivery

Doug W. Ray                      Via Facsimile (512) 328-1156
Attorney for Appellant
2700 Bee Caves Road
Austin, Texas 78746

*/s/ Christopher L. Cornish*
Christopher L Cornish
Attorney for Appellant

4